THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Larry Burkes,       
Appellant.
 
 
 

Appeal From Aiken County
James R. Barber, Circuit Court Judge

Unpublished Opinion No. 2003-UP-602
Submitted August 20, 2003  Filed October 
 20, 2003   

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia, 
 for Appellant.
Deputy Director for Legal Services Teresa A. Knox, Legal Counsel Tommy Evans, 
 Jr. and Legal Counsel J. Benjamin Aplin, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Larry Burkes appeals 
 the revocation of his probationary sentence.  On September 3, 1998, Burkes pled 
 guilty to possession of crack cocaine.  The trial judge sentenced Burkes to 
 five years imprisonment, suspended upon the payment of fees and service of three 
 years probation.  On November 17, 1998, Burkes pled guilty to second degree 
 burglary.  The trial judge sentenced him to six years imprisonment, suspended 
 upon the service of three years and three years probation.  The sentences ran 
 concurrently.  On June 12, 2002, the judge revoked Burkes probation and ordered 
 that he serve two years of his original sentence due to violations. 
Pursuant to Anders v. California, 
 386 U.S. 738 (1967), counsel for Burkes attached to the final brief a petition 
 to be relieved as counsel, stating she had reviewed the record and concluded 
 Burkes appeal is without legal merit sufficient to warrant a new trial.  Burkes 
 did not file a separate pro se response.
After a thorough review of the record 
 pursuant to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 
 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED.
 HEARN, C.J., CONNOR and ANDERSON, 
 JJ., concur.